US DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2021 MAY 12 PM 12:43
US. DISTRICT COURT
DISTRICT OF MASS.

Steven L Smith,
   Plaintiff

vs

Attorney Ryan J. Matthews

Dochett

Date 5-6-2021

## CIVIL COMPLAINT
Under statues of United States Government

1) The plaintiff resides at Barnstable County Jail, 6000 Sheriffs Place, Bourne, MA 02532
2) The Defendant is an Attorney of Law at One Park Place, Plymouth, Mass 02360
3) No requirement for grievance is necessary.
4) Plaintiff has a pending suit <u>Smith vs Lewis</u> and filed another over an assault while at Worcester Recovery Center and Hospital

### Claim
(5) The Commonwealth appointed Matthew J. Ryan to represent the plaintiff.
(6) In the month of November 2020, Ryan Matthews informed the plaintiff that he will not let him review his MOTION TO DISMISS because he is the Attorney and I am the client.
(7) I wanted to review the lawyer's MOTION TO DISMISS because I suspected he would not include the fact that:

SMITH VS MATTHEWS                                   Page IX

(1) The Arresting det. Lobur withheld exculpatory evidence until the eve of my indictment then came and committed perjury, twice — And assisted the DA to mislead them as to the DNA evidence... ie. The grand jury. And phone records!

(2) The alleged victim destroyed evidence by permanent deletion of 264 Records.

(3) Det. Lobur encrypted the alleged victim's cellphone dump disc Thereby preventing me from learning he had made said deletions — And from <u>numerous</u> exculpatory Records and texts... Remaining in his phone!

8) I believed Mr. Matthews would <u>not</u> do so as court appointed Attorneys, as a Rule, do <u>not</u> argue that police committ perjury and DA's present unethical presentments...

9) Ergo, Also in November 2020, I told Judge Gildea in court on Zoom I wished to Represent myself because Mr. Matthews will <u>not</u> allow my review of his MOTION TO DISMISS...

10) I also told Judge Gildea that Mr. Matthews says Det. Lobue is incompetent but I say she is <u>corrupt</u>. That if she had did

Smith vs Matthews                                     Page 3

her job and spoke to me the night of my arrest — I would not be in jail going on 3 years.

12) In court, Mr. Matthews agreed to let me review his MOTION TO DISMISS,, but soon thereafter raised issue of my competency stating I had revealed his strategy to the court to find Lobue incompetent — A strategy I don't agree with at all. For she is corrupt.

13) Mr. Matthews got me sent to Bridgewater where I was basically extorted into an agreement by Dr. Ariel Ingber to work with Mr. Matthews — no sooner than I agreed with her — Matthews had me on ZOOM — asking if I was ready to work with him.

14) I said sure — provided I still get to review your MOTION TO DISMISS,, He tried to renege! I had to remind him that he agreed to let me do so in court, in front of Hon. Judge Gildea.

15) Sure enough, Mr. Matthews Draft Motion to Dismiss excluded the facts that the DA misled the grand jury as to the DNA

Smith vs Matthews                                    Page 4

evidence and that Det. Lobur committed perjury as she testified on behalf of the so called victim and as both the DNA and forensics phone expert — All of which was misrepresented at the grand jury to gain an indictment.

I told Mr. Matthews to include these arguments and take out sentences such as "This is not a case where the district attorney withheld exculpatory evidence" and "Det. Lobur didn't look at the phone"

16) Instead, Mr. Matthews raised the issue of my competency — Again — After I'd been found competent at Bridgewater by Dr. Ariel Ingber... Not one week earlier, Ryan sent me a letter dated Dec 1st that said I was found competent!!

17) Soon as I told him your Dismissal Draft is no good and I will do it myself — I was suddenly no longer competent!! Again!!

18) Dr. Ingber testified, under Ryan's cross, 5 times that I am competent... Then Matthews became sexist in tone and attacked her credentials — asking how

Smith vs Matthews                                       Page 5

many evals she's done, where she got her credentials and who's supervising her!!

19) Ryan managed to get me sent to Worcester Recovery Center And Hospital for A 2nd but longer evaluation!!

20) On May 4, 2021, Dr. Dinsmore from out of UMASS, with W.R.C.H, Recommended I be allowed to file my own motion to Dismiss and argue it. She also found me to be competent.

21) Nevertheless, my own attorney objected and told the court how can I do so when I've been found incompetent. The DA also objected...

22) And I was given a 90 day continuance. I objected and told Judge Gildea: "I Assert my Right to Represent myself!"

23) Nevertheless, my date is 3 months away. And my Civil Rights are being Violated. 3 years ago I asked my court lawyer Colleen Duarte for a speedy TRIAL. After being on my case 5 months she inexplicably removed herself!! she

24) promised she'd tell my next attorney that I'm certain records in my accusers phone will prove my innocence and to get a printout of his cellphone dump disc that was given to her after 5½ months — in Dec 2018.

25) My next Attorney Sean Early didn't answer calls or letters for 4 months so I fired him. Then Mr. Bober got appointed and told me he didn't see any DISCS!! Months later he said the alleged vic's disc is locked... 9 months later still NO Disc... printout...

26) My 4th Attorney tells me the police encrypted the disc... And didn't want to stay on my case — He said his son has the same name as my alleged victim and my case is a hot potato.

27) Then I got Matthews in Feb 2020 — He sent the Alleged vic's phone dump — Printed Microscopically and 100's of pages unrelated to the records needed... 3-4 months later the jail provided a magnifier and I learned the truth.

28) The alleged Vic destroyed the phone records and needed himself a lawyer!!
29) 2 years after Det. Lobur testified that our phone records matched, 2 years after she had a full extraction, I got a 5,000 phone expert to confirm the deletions...
30) Matthews Motion 'DRAFT' to Dismiss doesn't include any of it — Rather, he claims I'm a nut that's fired attorneys and puts the blame on me — yet my own Motion to Dismiss documents how my court Lawyers all refused to go against the corrupt cop that encrypted my alleged victim's phone dump disc and withheld it — and the Hospital and DNA reports until the eve of the grand jury. Then came and lied and misled!
31) Mr. Matthews Re-Raised the issue of my competency and got me sent to W.R.C.H. where, once again, I was found to be competent. As previously stated.
32) Mr. Matthews is <u>not</u> working for me. He is <u>actively</u> working against me!!

Smith vs Matthews                              Page 8

33) I asked him to withdraw, several times. He continues on my case!!

34) I told Hon. Judge Gildea "I wish to Assert my Constitutional Right to Represent myself". Instead, he allowed Mr. Matthews to stay on my case... Even though <u>two</u> psychiatrists At <u>two</u> different facilities found me to be competent.
And its only because Mr. Matthews is arguing my competency — which was NOT an issue so long as I agreed to work with him...

35) He tried to file A MOTION TO DISMISS without my <u>review</u> so he could <u>exclude</u> what the det. Lobue did <u>wrong</u> and the <u>District Attorney</u>!! They used <u>FALSE</u> <u>hoods</u>, <u>perjury</u>, And <u>misleading statements</u> to get me <u>indicted</u> for A crime I did not commit — They did NOT present the Numerous exculpatory Information!!

I seek A TRIAL BY JURY
I seek One Million Dollars
I seek Disbarment

Respectfully Submitted
Steven L S
Steven L Smith
Barnstable Jail

5-6-21